UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGESSHOR BHANDARI, | No.  1:26-CV-00074-DJC-DMC-HC |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESNUT, et. al, | |
| Respondents. | |

Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 2243, the court will order Respondent to file a response to the pending petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response within 60 days. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

/ / /

/ / /

/ / /

/ / /

1

2. Petitioner's reply, if any, is due on or before 30 days from the date Respondent's response is filed.

Dated:  January 12, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE